IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO JAVIER GRANADOS ,<br><br>Defendant. | Case No. 3:95-cr-00077<br><br>**MOTION TO DISMISS**<br>**SUPERVISED RELEASE PETITION** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, hereby files this motion to dismiss in the above-entitled matter.

The United States moves to dismiss the pending supervised release petition alleging association with known felons and commission of a new offense without prejudice. (Doc. 467.)

The basis for this motion is that new alleged criminal offense is currently pending in state court and the United States has initiated a new investigation into evidence tampering related to the terms of supervised release. Upon completion of that new investigation, the United States will determine, after consultation with U.S. Probation, whether to pursue a petition to revoke supervised release and if so, what allegations. Proceeding in this fashion will save judicial resources and provide the defendant notice of all potential charges or allegations.

Dated:  June 24, 2024

        MAC SCHNEIDER
        United States Attorney

By:   */s/ Christopher C. Myers*
      CHRISTOPHER C. MYERS
      Assistant United States Attorney
      ND Bar ID 05317
      655 First Avenue North, Suite 250
      Fargo, ND  58102-4932
      (701) 297-7400
      chris.c.myers@usdoj.gov
      Attorney for United States