# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,        )<br>                                  )<br>        Plaintiff,                )<br>                                  )<br>vs.                               )<br>                                  )<br>Sergio Javier Granados,           )<br>                                  )<br>        Defendant.                ) | Case No. 3:95-cr-77<br><br>**ORDER** |

A May 6, 2024 petition alleged Sergio Javier Granados violated supervised release conditions. (Doc. 467). On May 14, 2024, based on the parties' agreement, the court ordered Granados released pending a hearing on the petition, with conditions of release including residing at a residential reentry center. (Doc. 479). Subsequently, on June 24, 2024, the petition was dismissed on motion of the United States. (Doc. 481).

In light of dismissal of the petition, the May 14, 2024 Order Setting Conditions of Release is **RESCINDED**. The provision of an October 8, 2019 Order allowing the probation officer to determine whether Granados is in need of placement in an RRC remains in effect. (Doc. 466).

**IT IS SO ORDERED**.

Dated this 2nd day of July, 2024.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge